UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>VASILY KHARCHENKO, an individual and DOES 1-20, d/b/a DAFTSEX.COM, ARTSPORN.COM,<br><br>Defendants. | Case No.: 3:21-cv-05733-BHS<br><br>**PLAINTIFF MG PREMIUM LTD'S *EX PARTE* MOTION FOR ENTRYE OF ORDER OF DEFAULT AGAINST DEFENDANT VASILY KHARCHENKO**<br><br>NOTE FOR MOTION:<br>July 27, 2022 |

    Plaintiff, MG Premium Ltd. (hereinafter "MG Premium" or the "Plaintiff") moves the Court, in accordance with Fed.R.Civ.P. and Local Rule 55(a), for an order of Default against Defendant Vasily Kharchenko.

    Pursuant to the Court's June 29, 2022 Order Granting Plaintiff's Motion for Leave for Alternative Means of Service [Dkt. No. 16], which provides for service of process by email on Defendant Vasily Kharchenko, the undersigned counsel for Plaintiff on June 29, 2022 served copies of that Order, the First Amended Complaint, and Summons on each of the Defendants at

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
[NO. 3:21-cv-05733-BHS]
- 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

the email addresses on the Summons and in the Order.

As of this date, Defendant Vasily Kharchenko has failed to appear, answer, or otherwise plead in the case, the 21-day time prescribed by law for so doing has passed, and he is now in default. Plaintiff respectfully requests the Court to enter an Order of Default against Defendant Vasily Kharchenko.

Plaintiff's Motion is supported by the Declaration of Spencer D. Freeman in support of this motion, filed herewith.

RESPECTFULLY SUBMITTED this 27th day of July 2022.

                                                   **FREEMAN LAW FIRM, INC.**

                                                   */s/ Spencer D. Freeman*
                                            Spencer D. Freeman, WSBA#25069
                                            Attorneys for Plaintiff

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
[NO. 3:21-cv-05733-BHS]
- 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)