UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>VASILY KHARCHENKO, an individual and DOES 1-20, d/b/a DAFTSEX.COM, ARTSPORN.COM,<br><br>Defendants. | Case No.: 3:21-cv-05733-BHS<br><br>[PROPOSED] ORDER OF DEFAULT AGAINST DEFENDANT VASILY KHARCHENKO |

Plaintiff MG Prtemium Ltd. has moved pursuant to Fed. R. Civ. P. and Local Rule 55(a), for an Order of Default against Defendant Vasily Kharchenkowith proof of the following:

1. Defendants were lawfully served by email with a copy of the Court's Order Granting Plaintiff's Motion for Leave for Alternative Means of Service [by email] [*Dkt. 16*], the Amended Complaint, and Summons directed to each of the Defendants at their respective email addresses.

2. Defendant has failed to appear, answer, or otherwise plead in the case within the 21-day deadline prescribed by law for so doing, which passed on July 20 2022.

3.  No appearance, answer or other pleading having been served or filed in the case, the Defendants are therefore in default.

NOW, THEREFORE, the Court hereby finds the Defendants in default and enters the following:

ORDER OF DEFAULT against Defendant Vasily Kharchenko.


DATED: _____

_____
Clerk of Court