UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MG PREMIUM LTD., <br><br> Plaintiff, <br><br> v. <br><br> VASILY KHARCHENKO, AND INDIVIDUAL, and DOES 1-20, d/b/a DAFTSEX.COM and ARTSPORN.COM, <br><br> Defendants. | CASE NO. C21-5733 BHS <br><br> ORDER |

THIS MATTER is before the Court on Plaintiff MG Premium's Motion for Default Judgment against Defendant Vasily Kharchenko, Dkt. 20. MG Premium seeks $15,000 per infringement of its copyrights, or $32,145,000.

MG Premium also asserts, but does not demonstrate, that third party U.S. service providers Cloudflare, Inc.; FDC Servers, Inc.; Namecheap.com; NameSilo LLC; PrivacyGuardian.org; and Multi Media LLC, "share common interests with [Kharchenko], [are] in privity with [Kharchenko], and [are] subject to the control of [Kharchenko]." *Id.* at 17. It asks the Court to enjoin these non-parties from "any

ORDER - 1

continued assistance or participation" with Defendant Daftsex.com, Defendant Artsporn.com, and non-party Biqle.com, and "streaming actions of Defendant Vasily Kharchenko." *Id*. at 18.

MG Premium argues that other districts have enjoined non-parties from providing services to defaulting defendants in similar cases. *Id*. (citing *Triangl Grp. Ltd. v. Jiangmen City Xinhui Dist. Lingzhi Garment Co.*, No. 16 Civ. 1498 PGG, 2017 WL 2831025, at *3 (S.D.N.Y. June 22, 2017) (enjoining "any third parties, including social media platforms, . . . online marketplaces, online payment providers, including credit card companies, . . . and other online service providers . . . to cease providing such services to the Defaulting Defendants" and to transfer domain names to plaintiff)).

The Court is not prepared to issue a sweeping injunction against numerous non-parties based only on the conclusory, unsupported allegation that Vasily Kharchenko is in privity with them, or on the implausible claim that Kharchenko controls these entities.

MG Premium's motion for a default judgment, Dkt. 20, is **DENIED without prejudice** to re-file, supported by evidence and analysis supporting the propriety of such a broad injunction.

IT IS SO ORDERED.

Dated this 29th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge