**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>VASILY KHARCHENKO, an individual and DOES 1-20, d/b/a DAFTSEX.COM, ARTSPORN.COM,<br><br>Defendants. | Case No.:  3:21-cv-05733-BHS<br><br>[PROPOSED] ORDER FINDING DEFENDANT VASILY KHARCHENKO IN CONTEMPT AND IMPOSING SANCTIONS |

**[PROPOSED] ORDER FINDING DEFENDANT VASILY KHARCHENKO IN**

**CONTEMPT AND IMPOSING SANCTIONS**

The Court, having read all papers filed in connection with the Plaintiff's *Ex Parte* Motion To Re-Open the Case, Enter a Finding of Contempt, and Impose Sanctions Pursuant to Fed.R.Civ.P. 70(e), having considered the issues raised therein, and being otherwise fully advised, it is hereby found that:

1   As a result of Defendant Vasily Kharchenko failing to appear in this action but clearly being aware of this action evidence by proper service of the First Amended Complaint and Defendant's relocation of the at-issue web sites to new domains immediately upon the transfer of original domains to MG Premium, there are sufficiently compelling reasons to rule on MG Premium's Motion for Finding of Contempt *ex parte* and based upon the submitted declarations.

Defendant Vasily Kharchenko re-located the websites previously located at Daftsex.com, Artsporn.com, and Biqle.com to new domains located at Daft.sex, Dsex.to, and Biqle.org.  The websites at their current domains are mirrored sites to the original websites.  Currently, MG Premium's 2,143 copyrighted works subject to the First Amended Complaint are displayed on Daft.sex, Dsex.to, and Biqle.org.  Such display is in violation of the Court's Order on Final Judgment and Permanent Injunction.

In accordance with the foregoing, it is **ORDERED, ADJUDGED and DECREED** that Plaintiff's *Ex Parte* Motion to Re-Open Case, Enter Contempt, and Impose Sanctions is GRANTED.

In accordance with the foregoing, it is **ORDERED, ADJUDGED and DECREED** Defendant Vasily Kharchenko is found IN CONTEMPT.

In accordance with the foregoing, the Court imposes the following as sanctions for contempt:  It is **ORDERED, ADJUDGED and DECREED** that

(1) ICM Registry and/or Registry Service, LLSC, the operator of the .SEX registry, change the registrar of record for the domain name Daft.sex MG Premium's registrar of choice, EuroDNS, and that EuroDNS change the registrant of the domain names Daft.sex to MG Premium.  These efforts shall be done at MG Premium's reasonable expense.

(2) Tonic Domains Corp., the operator of the .TO registry, change the registrar of record for the domain name Dsex.to to MG Premium's registrar of choice, EuroDNS, and

that EuroDNS change the registrant of the domain name Dsex.to to MG Premium. These efforts shall be done at MG Premium's reasonable expense.

(3) Public Interest Registry, the operator of the .ORG registry, change the registrar of record for the domain name Biqle.org to MG Premium's registrar of choice, EuroDNS, and that EuroDNS change the registrant of the domain name Biqle.org These efforts shall be done at MG Premium's reasonable expense.

(4) Twitter, Inc. shall permanently disable the account @Daftpost or transfer ownership of the account to MG Premium, and MG Premium's election and reasonable expense.

Dated this ___ day of December 2022.

_____
Honorable Benjamin H. Settle
United States District Court Judge