**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus, | **Case No.:  3:21-cv-05733-BHS** |
| Plaintiff, | **DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF MG PREMIUM LTD'S *EX PARTE* MOTION FOR FINDING OF CIVIL CONTEMPT** |
| vs. | |
| VASILY KHARCHENKO, an individual and DOES 1-20, d/b/a DAFTSEX.COM, ARTSPORN.COM, | |
| Defendants. | |

I, Jason Tucker, declare:

1.      I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.       I am a Director of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company.  Our clients include award-winning production companies, publishers, media, technology, and physical product corporations, internet advertising networks, documentarians, filmmakers, photographers, influencers, news outlets, and adult entertainment studios.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

3.     For almost two decades I have been assisting rights holders in leveraging, managing, licensing, and enforcing their intellectual property (IP) portfolio around the world.

4.     I have been and/or serve as a consultant and Enforcement Officer for major award-winning legal adult entertainment studios including AMA Multimedia, LLC, Hydentra home of Metart.com, Larry Flynt Publications, Cybernet Entertainment d/b/a Kink.com, and others including Plaintiff in this case.

5.     I have been involved in the industry of legal adult entertainment production, marketing, and management at an executive level for over fifteen (15) years, serving over six as President of a company that produced, owned, and licensed one of the world's largest erotic libraries of images.

6.     I have created, purchased, managed, and operated paid membership websites and affiliate programs, and sold over US $1.5 Million Dollars in top-level domain names such as Erotica.com.

7.     As an executive in the adult industry and based on my knowledge of internet piracy, I am a frequent panelist at industry and related conferences speaking on topics including, the state of the industry, internet piracy, copyright and trademark infringement, content protection, and the costs associated with piracy.  I am frequently quoted or featured in publications including Newsweek, Businessweek, USA Today, Wired, and the Washington Post regarding these same topics.  I was interviewed by McClatchy News' DC Bureau on my knowledge of certain parties named in the Trump-Russia dossier.[1]  Most recently I was interviewed by the Financial Times (ft.com) about key operators and operations in the online legal adult entertainment industry.

---

[1] "_Tech firm in Trump dossier was target of antipiracy advocates_
_"_ Source: https://www.mcclatchydc.com/news/nation-world/national/article184786328.html

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S _EX PARTE_ MOTION FOR CIVL
CONTEMPT - 2

[3:21-cv-05733-BHS]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

8.      I previously worked in the mainstream Entertainment and Music Industry for over ten years where I was involved in the packaging, financing, production, and licensing of major motion pictures to distributors worldwide including Paramount, HBO, and Viacom Networks in the US.  In music, I was responsible for elements of the music licensing for such shows as The Oscars, Listen Up - The Lives of Quincy Jones, and Roseanne.

9.      As a direct result of my relationships and understanding of the Internet, I have served as a consultant to Fortune 100 companies including Microsoft Corporation and Akamai Technologies. I assisted Microsoft in the roll-out of Windows Media Player into the market and their Digital Rights Management (DRM) Platform.

10.      I am a graduate of the FBI and DEA Citizens Academy and a member of InfraGard. I have received advanced training by both agencies that in turn have furthered my ability to assist in seeking out and defining operations and pirate enterprises. My efforts have been acknowledged with awards from the State of California Senate, the FBI, DEA, and the Los Angeles Sheriff's Department as a few examples.

11.      I am intimately familiar with the struggles a producer and distributor face when confronting piracy. My consulting work in the area of anti-piracy was born from my experience developing tools and systems, and legal methods to identify and hinder theft of my own content library of over 2 million images and 300 movies while finding ways to monetize ahead of the wave of piracy.

12.      Piracy is not a new concept; however, the Internet continually exacerbates the problem by providing a vast, seemingly unending network of distribution channels used for profit by both legal and unethical parties alike as well as an ability for one to hide their identity. We know that the Internet is used to create amazing new opportunities and connections as much as it is used to sell illicit drugs and stolen merchandise.

13.      Battleship Stance Inc. was retained by MG Premium to investigate piracy of MG Premium's copyrighted works, including infringements found on a series of related web sites

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR CIVL
CONTEMPT - 3

[3:21-cv-05733-BHS]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1    referred to as the Daft Sex Network.  I have drafted and signed several declarations in this

2    litigation regarding the piracy of MG Premium's copyrighted videos on the Daft Sex Network.

3         14.    The Daft Sex Network included web sites Daftsex.com, Artsporn.com, Biqle.com,

4    and Daxab.com.  Daftsex.com, Artsporn.com, and Biqle.com were mirrored sites, each displaying

5    the same 2,143 MG Premium copyrighted works.  Daxab.com was a domain utilized in the

6    delivery of the content to the end user in the United States.

7         15.    Upon entry of the Court's Order of Final Judgment and Permanent Injunction, MG

8    Premium was able to take control of Daftsex.com, Artsporn.com, Biqle.com, and Daxab.com and

9    stop the display of the web sites on those domains.  Thus, Defendant's piracy of MG Premium's

10   copyrighted works should have stopped.

11        16.    Through Twitter posts by DaftSex from the Twitter account @DaftPost it was

12   revealed that Daftsex intended to continue display on domains daft.sex, dsex.to, and biqle.org.

13        17.    On November 11, 2022, the Twitter account for DaftSex, @DaftPost, announced

14   that the Daft Sex Network would continue on daft.sex, biqle.org, and biqle.ru.  Attached hereto

15   as Exhibit A is a true and correct copy of the Twitter post.

16        18.    On November 22, 2022, the Twitter account for DaftSex, @DaftPost, announced

17   that the Daft Sex Network was online and functioning again, on Daft.sex and Dsex.to.  Attached

18   hereto as Exhibit B is a true and correct copy of the Twitter post.

19        19.    I have investigated each of the web sites daft.sex, dsex.to, and biqle.org.  They are

20   each mirrors of each other and mirrors of the web site that had been displayed previously on the

21   Daft Sex Network,

22        20.    Daft.sex and Dsex.to each continue to display the same contact information as

23   Daftsex.com and the same DMCA Agent information.

24        21.    Attached hereto as Exhibit C is a true and correct copy of the daft.sex contact page.

25        22.    Attached hereto as Exhibit D is a true and correct copy of the daft.sex DMCA

26   page.

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR CIVL
CONTEMPT - 4

[3:21-cv-05733-BHS]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

23.     Attached hereto as Exhibit E is a true and correct copy of the dsex.to contact page.

24.     Attached hereto as Exhibit F is a true and correct copy of the dsex.to DMCA page.

25.     Daft.sex displays the same 2,143 MG Premium copyrighted works as had been displayed on the Daft Sex Network and stated in the complaint to this action.

26.     Dsex.to displays the same 2,143 MG Premium copyrighted works as had been displayed on the Daft Sex Network and stated in the complaint to this action.

27.     Biqle.org displays the same 2,143 MG Premium copyrighted works as had been displayed on the Daft Sex Network and stated in the complaint to this action.

28.     ICM Registry is the domain registry for ".sex" domains.  ICM Registry is a wholly owned subsidiary of Registry Services, LLC.[2]  Registry Services, LLC is registered to do business in Washington State (UBI No. 604 243 537) with it principal office located in Tempe, Arizona.

29.     Tonic Domains Corp. is the registrar for ".to" domains.  Tonic Domains is a California based company with principal address in Tiburon, California.

30.     Public Interest Registry is the registrar for all ".org" domains.  It is located in Reston, Virginian.

31.     "An Appetizing Affair" is an example of one of the 2,143 MG Premium copyrighted works infringed on the original Daft Sex Network that has been moved to the new domains Daft.sex, Dsex.to, and Biqle.org.  Attached hereto as Exhibit G is a printout of MG Premium's copyright registration for "An Appetizing Affair."  While on the Daft Sex Network, the video has the exact same naming convention and/or file path for each web site in the Network, 185685320_456240127.

32.     Attached hereto as Exhibit H is a screenshot of "An Appetizing Affair" as it is currently displayed on Daft.sex.  It has a naming convention or file path 160586466_456241718, the same as on Dsex.to and Biqle.org.

---

[2]  Source: https://icmregistry.biz/about/policies/privacy-policy/ Last Visited: December 14, 2022.

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR CIVL
CONTEMPT - 5

[3:21-cv-05733-BHS]

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1    33.    Attached hereto as Exhibit I is a screenshot of "An Appetizing Affair" as it is

2 currently displayed on Dsex.to.  It has a naming convention or file path 160586466_456241718,

3 the same as on Daft.sex and Biqle.org.

4    34.    Attached hereto as Exhibit J is a screenshot of "An Appetizing Affair" as it is

5 currently displayed on Biqle.org.  It has a naming convention or file path 160586466_456241718,

6 the same as on Dsex.to and Daft.sex.

7

8    I declare under the penalty of perjury under the laws of the United States of America that

9 the foregoing is true and correct.

10   Execute on the 19ᵀᴴ day of DECEMBER 2022 at Vallarta, Mexico.

11

12

13

14   Jason Tucker

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR CIVL
CONTEMPT - 6

[3:21-cv-05733-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

# EXHIBIT A

# November 11, 2022 Daft Sex Twitter Post

🔒 https://twitter.com/DaftPost/status/1591221921680539648

 Twitter

🏠 Home

#️⃣ **Explore**

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

← **Tweet**

 **DaftSex**
@DaftPost                                    ⋯

The new address daft.sex coming soon! also biqle.ru & biqle.org available now



6:10 PM · Nov 11, 2022 · Twitter Web App

**49** Retweets   **4** Quote Tweets   **383** Likes

# EXHIBIT B

# November 22, 2022 Daft Sex Twitter Post



# <u>EXHIBIT C</u>

# <u>Daft.sex Contact Page</u>



# EXHIBIT D

# Daft.sex DMCA Page

Search millions of videos…    Browse   Hottest   Category   Pornstars   Best Porn Sites

## Digital Millenium Copyright Act ("DMCA")

Copyright Infringement Notification Instructions

Thank you for visiting our website (the "DaftSex"). These Copyright Infringement Notification Instructions are for copyright related claims only. Should you have any comments, questions, concerns, or issues related to abuse, harassment, inappropriate content, or privacy issues, please email us at coproster@gmail.com.

By utilizing the Website you agree that you have consulted with an attorney of your own choosing and at your own expense in order to fully understand all of your legal rights and obligations as a result of utilizing the Website and these Copyright Infringement Notification Instructions.

WARNING: PURSUANT TO 17 U.S.C. § 512(k), ANY PERSON WHO KNOWINGLY MATERIALLY MISPRESENTS THAT MATERIAL OR ACTIVITY IS INFRINGING MAY BE SUBJECT TO LIABILITY OR DAMAGES. DO NOT MAKE FALSE CLAIMS OF COPYRIGHT INFRINGEMENT.

Should you desire to review the full Bill Text of the Digital Millenium Copyright Act ("DMCA"), you may click HERE or should you desire to review a memorandum summarizing each title of the DMCA you may click HERE. The information contained at the afore-mentioned linked webpages is for your convenience only and we make no promises or representations related to the information contained therein including its accuracy.

Pursuant to 17 U.S.C. § 512(k)(1) of the DMCA, this Website is a "Service Provider" and is entitled to certain protections commonly referred to as the "Safe Harbor" provisions.

### Claim of Infringement

If you believe that someone has posted material that infringes your copyright, a notification of a claimed copyright infringement must be provided via email or regular mail to us and must include the following information (the list below comes substantially straight from the statute 17 U.S.C. § 512(c)(3); if you do not understand the language please seek independent legal advice):

   A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
   Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;
   Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material;
   Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;
   A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

Please send your Claim of Infringement to:

Jack Brandy, BQL.
Email: coproster@gmail.com

Failure to submit copyright infringement notifications as described above will result in no legal notice or action on behalf of Sagan Limited.

### Claim of Infringement Counter-Notification

If you have received a Copyright Infringement Notification and you feel that material you have placed online that has been removed following an infringement complaint is in fact not an infringement, you may file a counter-notification. 17 U.S.C. §512 (g)(3) requires that to be valid, the counter-notification must be written and addressed to our designated agent (listed above) and must provide the following information (the list below comes straight from the statute; if you do not understand the language please seek independent legal advice):

   Identification of the specific URLs of material that the Website has removed or to which the Website has disabled access;
   Your full name, address, telephone number, and email address;
   The statement: "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which the Website is located, and will accept service of process from the claimant";
   The statement: "I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled"; and
   Signature. A scanned physical signature or a valid electronic signature will be accepted.

Please note that when we forward the counter-notification to the Complaining Party, it includes your personal information. By submitting a Counter-Notification, you consent to having your information revealed in this way.

Sagan Limited is not required to respond to counter-notifications that do not meet the requirements above.

### Claim of Infringement Retractions

In the event that after you submit a Copyright Infringement Notification, you realize that you have either misidentified content, failed to comply with the requirements of the DMCA or that you simply changed your mind, you may retract your Copyright Infringement Notification by sending us a Notification of Retraction with all of the following:

   A statement indicating that you are retracting your Copyright Infringement Notification;
   The complete and specific URL of the material in question;
   An electronic signature; and
   A copy of your original Copyright Infringement Notification.

### Repeat Offenders

This Website terminates the account(s) of any repeat copyright infringer, when appropriate and maintains a Repeat Infringer Policy pursuant to 17 U.S.C. § 512(i).

* * *

These Copyright Infringement Notification Instructions may be and shall be modified from time to time without notice. You are solely responsible for regularly reviewing these Copyright Infringement Notification Instructions.

‹‹ Go back to the main page

### You Might Be Interested

| Kendra Spade | Angel Youngs Bald | Cali Caliente | Sara Mira | Gabbie Carter | Hazel Grace | Athena Faris | Rachel Starr | Nelly Kent | Jordi El Nino Polla | Alexis Brill | Angel Emily | Scarlit Scandal | Kendra Lust | Anna Bell Peaks |

Peta Jensen   Momsfoot   Angela White   Payton Preslee   Ariana Marie

DAFTSEX   BROWSE   HOTTEST   CATEGORY   PORNSTARS   PRIVACY   FAQ   CONTACT US   DAFTSEX SEARCH   BEST PORN SITES

# EXHIBIT E

# Dsex.to Contact Page



Search millions of videos…   🔍   **Browse**   **Hottest**   **Category**   **Pornstars**   

## Contacts Us

**E-mail:**

copyroster@gmail.com   

**Tel:**

+315 5 353 4186

«« Go back to the main page

### You Might Be Interested

Crystal Greenvelle   Luna Star   Mom Porn   Ellen Betsy   Cathy Heaven   Yinyleon   Kinkdevice Veronica   Femout   Purple Bitch   Katana Kombat   Hookup Hotshot   Jade Flota   Rae Lil Black   Sexmex   Lexi Luna   Sera Ryder

Stepmom   Lady Lynn   Esperanza Gomez   Russian Mom

DAFTSEX   BROWSE   HOTTEST   CATEGORY   PORNSTARS   DMCA   PRIVACY   FAQ   CONTACT US   DAFTSEX SEARCH   

# **EXHIBIT F**

# **Dsex.to DMCA Page**

  Search millions of videos...  🔍    **Browse**    **Hottest**    **Category**    **Pornstars**    

## Digital Millenium Copyright Act ("DMCA")

Copyright Infringement Notification Instructions

Thank you for visiting our website (the "DaftSex"). These Copyright Infringement Notification Instructions are for copyright related claims only. Should you have any comments, questions, concerns, or issues related to abuse, harassment, inappropriate content, or privacy issues, please email us at copyroster@gmail.com.

By utilizing the Website you agree that you have consulted with an attorney of your own choosing and at your own expense in order to fully understand all of your legal rights and obligations as a result of utilizing the Website and these Copyright Infringement Notification Instructions.

WARNING: PURSUANT TO 17 U.S.C. § 512(k), ANY PERSON WHO KNOWINGLY MATERIALLY MISPRESENTS THAT MATERIAL OR ACTIVITY IS INFRINGING MAY BE SUBJECT TO LIABILITY OR DAMAGES. DO NOT MAKE FALSE CLAIMS OF COPYRIGHT INFRINGEMENT.

Should you desire to review the full Bill Text of the Digital Millenium Copyright Act ("DMCA"), you may click HERE or should you desire to review a memorandum summarizing each title of the DMCA you may click HERE. The information contained at the afore-mentioned linked webpages is for your convenience only and we make no promises or representations related to the information contained therein including its accuracy.

Pursuant to 17 U.S.C. §512(k)(1) of the DMCA, this Website is a "Service Provider" and is entitled to certain protections commonly referred to as the "Safe Harbor" provisions.

### Claim of Infringement

If you believe that someone has posted material that infringes your copyright, a notification of a claimed copyright infringement must be provided via email or regular mail to us and must include the following information (the list below comes substantially straight from the statute 17 U.S.C. §512(c)(3); if you do not understand the language please seek independent legal advice):

A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;
Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material;
Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;
A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

Please send your Claim of Infringement to:

Jack Brandy, BQL.
Email: copyroster@gmail.com    

Failure to submit copyright infringement notifications as described above will result in no legal notice or action on behalf of Sagan Limited.

### Claim of Infringement Counter-Notification

If you have received a Copyright Infringement Notification and you feel that material you have placed online that has been removed following an infringement complaint is in fact not an infringement, you may file a counter- notification. 17 U.S.C. §512 (g)(3) requires that to be valid, the counter-notification must be written and addressed to our designated agent (listed above) and must provide the following information (the list below comes straight from the statute; if you do not understand the language please seek independent advice):

Identification of the specific URLs of material that the Website has removed or to which the Website has disabled access;
Your full name, address, telephone number, and email address;
The statement: "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which the Website is located, and will accept service of process from the claimant";

 Search millions of videos…    Browse    Hottest    Category    Pornstars    

Please note that when we forward the counter-notification to the Complaining Party, it includes your personal information. By submitting a Counter-Notification, you consent to having your information revealed in this way.

Sagan Limited is not required to respond to counter-notifications that do not meet the requirements above.

### Claim of Infringement Retractions

In the event that after you submit a Copyright Infringement Notification, you realize that you have either misidentified content, failed to comply with the requirements of the DMCA or that you simply changed your mind, you may retract your Copyright Infringement Notification by sending us a Notification of Retraction with all of the following:

> A statement indicating that you are retracting your Copyright Infringement Notification;
> The complete and specific URL of the material in question;
> An electronic signature; and
> A copy of your original Copyright Infringement Notification.

### Repeat Offenders

This Website terminates the account(s) of any repeat copyright infringer, when appropriate and maintains a Repeat Infringer Policy pursuant to 17 U.S.C. § 512(i).

* * *

These Copyright Infringement Notification Instructions may be and shall be modified from time to time without notice. You are solely responsible for regularly reviewing these Copyright Notification Instructions.

«« Go back to the main page

#### You Might Be Interested



Purple Bitch    Becky Bandini    Reena Sky    Skylar Vox    Leigh Darby    Sophie Dee    Malena La Pugliese    Rae Lil Black    Bang Cum    Rose Monroe    Czechstreets

Rae Lil Black Blacked    Inaka No Seikatsu    Blacked    Angela White    Jordi El Nino Polla    Milana Milks    Anabel054    Meyd    Handjob

DAFTSEX    BROWSE    HOTTEST    CATEGORY    PORNSTARS    DMCA    PRIVACY    FAQ    CONTACT US    DAFTSEX SEARCH    

# EXHIBIT G

# An Appetizing Affair
# Copyright Registration



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0002264943

Search Results: Displaying 1 of 1 entries



---

Labeled View

*An Appetizing Affair .*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002264943 / 2020-09-08 |
| **Application Title:** | An Appetizing Affair . |
| **Title:** | An Appetizing Affair . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | MG Premium Ltd, Transfer: By written agreement. Address: 195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus. |
| **Date of Creation:** | 2020 |
| **Date of Publication:** | 2020-08-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Donormass Ltd, employer for hire; Domicile: Cyprus. Authorship: entire motion picture. |
| **Rights and Permissions:** | copyright@mindgeek.com |
| **Names:** | Donormass Ltd |
|  | MG Premium Ltd |



---

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT H

# Daft.sex Display An Appetizing Affair



US Copyright Registration Number PA00002264943.
Infringing as of December 13, 2022.
Prior to ruling, was infringing on: https://daftsex.com/watch/-185685320_456240127;
https://artsporn.com/watch/-185685320_456240127; https://biqle.com/
watch/-185685320_456240127

Post ruling and Twitter announcement, infringing on
https://dsex.to/watch/-160586466_456241718
https://daft.sex/watch/-160586466_456241718
https://biqle.ru/watch/-160586466_456241718
https://biqle.org/watch/-160586466_456241718

# EXHIBIT I

# Dsex.to Display An Appetizing Affair





**[Brazzers] Isabelle Deltore - An Appetizing Affair**

♡ 2   ☆

Views: 3 317
Published: 13 Dec at 03:49 PM
Duration: 36:45

US Copyright Registration Number PA00002264943.
Infringing as of December 13, 2022.
Prior to ruling, was infringing on: https://daftsex.com/
watch/-185685320_456240127; https://artsporn.com/
watch/-185685320_456240127; https://biqle.com/
watch/-185685320_456240127

Post ruling and Twitter announcement, infringing on
https://dsex.to/watch/-160586466_456241718
https://daft.sex/watch/-160586466_456241718
https://biqle.ru/watch/-160586466_456241718
https://biqle.org/watch/-160586466_456241718



Грудастая милфа Isabelle Deltore трахается в ван...

Isabelle Deltore (Casting Hard /) [Sex, Секс, Blond, ...



Isabelle Deltore (инцест, milf, минет, секс, анал, мам...



Isabelle Deltore |WhiteBoxxx_Fuck_Anal_Porn_Ass_...



Cali carter + Gabbie Carter + Isabelle Deltore

Isabelle Deltore/ Ivy Wolfe

Isabelle Deltore, Pristine Edge

# EXHIBIT J

# Biqle.org Display An Appetizing Affair

