UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>VASILY KHARCHENKO, an individual and DOES 1-20, d/b/a DAFTSEX.COM, ARTSPORN.COM,<br><br>Defendants. | Case No.:  3:21-cv-05733-BHS<br><br>**PLAINTIFF MG PREMIUM LTD'S STATUS REPORT REGARDING SERVICE OF AND RESPONSE TO ORDER TO SHOW CAUSE** |

Pursuant the Court's Order to Show Cause, Dkt. No. 33, Plaintiff caused the Order to Show Cause to be served on Defendant via email to addqqa@gmail.com and bdnul@mail.ru, as had been authorized for service of process (Dkt. No. 16).  Service of the Order occurred on March 22, 2023.

The Order to Show Cause granted Defendant 30 days to show cause in writing why he should not be subject to a bench warrant, an order holding him in contempt, or monetary sanctions.  Defendants have failed to file a response and the 30 days have long passed.

Plaintiff will file a re-newed motion for imposition of sanctions on Defendant

Kharchenko for the violation of the Court Order of Final Judgment and Permanent Injunction (Dkt. No. 28).

RESPECTFULLY SUBMITTED this 22nd day of May 2023.

**FREEMAN LAW FIRM, INC.**

　　　*/s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA#25069
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org

Attorneys for Plaintiff